# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RANDALL PITTMAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-297-RAW-KEW |
| ) | |
| **NANCY A. BERRYHILL**[*], ) | |
| **Acting Commissioner of Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 20, 2017, Magistrate Judge West entered a Report and Recommendation that this action be dismissed for failure to prosecute. No objection has been filed and the time for doing so has passed. Upon review of the record, the court finds the Report and Recommendation should be adopted and affirmed.

It is the order of the court that this action is dismissed without prejudice.

**IT IS SO ORDERED** this 6th day of FEBRUARY, 2017.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**

---

[*]Nancy A. Berryhill became Acting Commissioner on January 20, 2017. Pursuant to Rule 25(d) F.R.Cv.P., she is substituted as defendant.